FILED

2019 AUG -6  AM 9:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br> v. <br><br> MERCEDES A. BENAVIDES <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SA 19-605 M <br><br><br> **AFFIDAVIT RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: U.S. FEDERAL PROBATION VIOLATION PETITION
in the SOUTHERN District of CALIFORNIA on 9/06/2018
at 10:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 6/07/2018
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: THE HONORABLE GONZALO P. CURIEL

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on   August 6, 2019   , by

   D. Vo   , Deputy Clerk.

_[signature]_
Signature of Agent

ADRIAN BRAVO
Print Name of Agent

USMS
Agency

DEPUTY U.S. MARSHAL
Title

CR-52 (05/98)                              AFFIDAVIT RE OUT-OF-DISTRICT WARRANT